COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 9/16/26

FILED
U.S. District Court
District of Kansas
09/16/2026
Clerk, U.S. District Court
By: MV Deputy Clerk

United States of America,

Plaintiff,

v. Case No. 26-10150-05-JMK

Brandon Chicalas,

Defendant.

JUDGE: ☐ Birzer ☒ Severson
DEPUTY CLERK: ☐ Swisher ☒ Vaughn
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Wriedt ☐ Ping ☐ Rivera ☐ Vilaythong ☐ Sworn

AUSA: Katie Andrusak
DEFENSE COUNSEL: Jeremy Koop
TAPE NO.: 1:51 - 1:56

## PROCEEDINGS

☒ Initial Appearance ☐ Detention Hearing ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3) ☐ Preliminary Hearing ☐ Pretrial Conference
☐ Sentencing ☐ Change of Plea
☐ In-Court Hearing: ____________
☐ Arraignment ☐ Reading waived ☐ Read to Defendant ☐ Not Guilty Plea Entered

☐ Complaint ☒ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 3 ☐ Forfeiture
☒ Felony ☐ Misdemeanor
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☒ Defendant affirmation/sworn ☒ Examined re: financial status ☒ Counsel appointed
☒ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: ____________
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☒ Oral Motion by ☒ Government / ☐ Defendant for detention hearing; ☒ granted. ☐ denied.
☒ Oral Motion by ☐ Government / ☒ Defendant for continuance of detention hearing; ☒ granted. ☐ denied.
☒ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered ☐ Bond fixed at: $ ____________ ☐ Continued on present bond/conditions
☐ Detention ordered ☐ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge ____________
☐ per the Scheduling Order of Judge ____________
☒ on 9/21/26 at 1:30 ☐ a.m. ☒ p.m. before Judge Severson (406)
for ☒ detention hearing ☒ arraignment ☐ prelim hearing ☐ ____________

NOTES: ____________